```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. ARMATA, INC.,

                Plaintiff,

-against-

MCK PRODUCE, INC., et al.,

                Defendants.

20-cv-8866 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that all parties shall appear for a default judgment hearing on January 21, 2021 at 2:00 PM. The hearing will be held by telephone. To join, dial 888-278-0296 and enter access code 5195844.

    IT IS FURTHER ORDERED that submissions in connection with the hearing shall be filed by January 14, 2021. The parties are directed to consult the Default Judgment Procedure set forth in the Court's Individual Rules of Practice in Civil Cases. IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendants, and file proof of such service on ECF, by January 11, 2021.

**SO ORDERED.**

**Date: January 6, 2021**                   **MARY KAY VYSKOCIL**
**New York, NY**                           **United States District Judge**