UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. ARMATA, INC.,

                      Plaintiff,

                 -against-

MCK PRODUCE, INC., et al.,

                      Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___1/28/2021___ |

20-cv-8866 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 28, 2021, the Court held a hearing on the motion of Plaintiff E. Armata, Inc. for a default judgment [ECF #13]. Defendants Elzbieta Ciftcikal and Munur Ciftcikal, who are co-owners of the corporate defendant, appeared at the hearing. Plaintiff and the individual defendants represented that they are engaged in a dialogue to resolve this matter. As a result, Plaintiff consented to DEFERRING ruling on its motion for a default judgment.

IT IS HEREBY ORDERED that, by February 4, 2021, the parties shall file a joint letter on the status of their settlement negotiations. Specifically, the parties shall inform the Court whether they have reached an agreement to settle this case, or whether they wish to be referred to a magistrate judge for further settlement discussions, or whether Plaintiff wishes to proceed with its motion for a default judgment.

**SO ORDERED.**

**Date:  January 28, 2021**
       **New York, NY**
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**